**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE WINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:17-cv-11071-RGS |
| | ) |
| MARRIOTT HOTEL SERVICES INC. | ) |
| and TOWNE PARK, LLC, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| DTG OPERATIONS, INC. | ) |
| Third-Party Defendant. | ) |

## MOTION OF TOWNE PARK, LLC FOR SUMMARY JUDGMENT

Defendant Towne Park, LLC ("Towne") moves, pursuant to Fed.R.Civ.P. 56, for this Court to enter summary judgment in its favor as to the claims of the Plaintiff George Winer ("Plaintiff") and the Cross-claims of the Defendant Marriott Hotel Services, Inc. ("Marriott"). As grounds for its Motion, Towne states that there is no genuine dispute as to any materials fact and Towne is entitled to judgment as a matter of law. The record demonstrates that the Plaintiff, and Marriott, will not be able to meet their respective burdens of proof as to essential elements of their claims against Towne. Accordingly, the claims against Towne should be dismissed as a matter of law. In support of this Motion, Towne relies upon its Memorandum, Statement of Facts and Appendix with Exhibits.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I hereby certify that I conferred with Attorney Jarrod Hochman, counsel for the Plaintiff George Winer, Attorney Charles Glyman, counsel for Defendant Marriott Hotel Services, Inc. and Attorney Douglas Robertson, counsel for Third-Party Defendant DTG prior to the filing of the Motion for Summary Judgment to attempt in good faith to resolve or narrow the issues addressed herein.

    /s/ Amy Magher

Dated: October 9, 2018

TOWNE PARK, LLC.,
By its attorneys,
MICHIENZIE & SAWIN, LLC

  /s/ Amy Magher
Paul Michienzie (BBO #548701)
Amy Magher (BBO #664116)
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
pm@masatlaw.com
amagher@masatlaw.com

## CERTIFICATE OF SERVICE

I, Amy Magher, hereby certify that on October 9, 2018 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  /s/ Amy Magher
Amy Magher

{00419713.DOCX}