**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE WINER,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES INC. and TOWNE PARK, LLC,<br><br>Defendants,<br><br>v.<br><br>DTG OPERATIONS, INC.<br>Third-Party Defendant. | Civil Action No.: 1:17-cv-11071-RGS |

**STIPULATION OF DISMISSAL (WITH PREJUDICE AND WITHOUT COSTS)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff George Winer, Defendants Marriott Hotel Services, Inc., Towne Park, LLC, and Third-Party Defendant DTG Operations, Inc. hereby stipulate that the above-captioned action, and all claims raised therein, including all cross-claims and third-party claims, be dismissed with prejudice and without costs, with each party to bear its own fees and all rights of appeal being waived.

Dated: May 17, 2019

(Signatures on following page.)

GEORGE WINER

By his attorneys,

LEPORE & HOCHMAN, P.A.

*/s/ Jarrod M. Hochman*

Jarrod M. Hochman (BBO #633199)
One Sprague Street
Revere, Massachusetts 02151
(781) 286-8800
jarrod@jhochmanesq.com

MARRIOTT HOTEL SERVICES, INC.

By its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

*/s/ Michelle I. Schaffer*

James M. Campbell (BBO #541882)
Michelle I. Schaffer (BBO #552383)
One Constitution Center, 3rd Floor
Boston, Massachusetts 02129
(617) 241-3000
Jmcampbell@campbell-trial-lawyers.com
mschaffer@campbell-trial-lawyers.com

TOWNE PARK, LLC,

By its attorneys,

MICHIENZIE & SAWIN, LLC

*/s/ Paul Michienzie*

Paul Michienzie (BBO #548701)
Amy Magher (BBO #664116)
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
(617) 227-5660
pm@masatlaw.com
amagher@masatlaw.com

DTG OPERATIONS, INC.

By its attorneys,

MARTIN, MAGNUSON, MCCARTHY & KENNEY

*/s/Douglas Robertson*

Douglas A. Robertson (BBO#552315)
101 Merrimack Street
Boston, Massachusetts 02114
(617) 227-3240
drobertson@mmmk.com

**CERTIFICATE OF SERVICE**

I, Paul Michienzie, hereby certify that on May 17, 2019 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Paul Michienzie*
Paul Michienzie